IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 3:07cr261-MEF |
| ) | |
| RASHEEK MORRIS  ) | |
| a.k.a "BOOTS"  ) | |

<u>NOTICE OF BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY</u>

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney, and hereby files the following Bill of Particulars:

Through the violations of Title 21, United States Code, Section 841(a)(1) as alleged in Counts 1, 2, 3, 4 and 5 of the indictment, which are punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 21, United States Code, Section 853:

Real property located at 444 Essie Morris Road, Macon County, Alabama, more particularly described as follows:

> Sec: 17, TWN: 17N, RNG: 26E
>
> NE 1/4 of NW 1/4 described as follows: beginning at a point on E ROW of a County Dirt Rd 400' SW of Int of said ROW & N SEC Line TH SE 193' TH SE200' TH NW 193' to Rd then E200' to POB 208'DX200'X208DX200' S17 T17 R26. 200.00 x 208.00 lot.

Respectfully submitted this 9th day of November, 2007.

                          FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY


                        /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney
                        Office of the United States Attorney
                        Middle District of Alabama
                        131 Clayton Street
                        Post Office Box 197
                        Montgomery, Alabama 36101-0197
                        Telephone:(334) 223-7280
                        Facsimile:(334) 223-7560
                        E-mail: John.Harmon@usdoj.gov
                        Bar Number: 7068-II58J


**CERTIFICATE OF SERVICE**

    I hereby certify that on November 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


                        Respectfully submitted,


                        /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney