IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:07-CR-261-MEF |
| | ) | |
| TYRONE WATSON | ) | |
| RASHEEK MORRIS | | |
| KEITH TOLBERT | **ORDER** | |

Based upon this court's order setting the trial in the above-styled case for August 11, 2008, and for good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **July 7, 2008 at 1:00 p.m. in courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 30th day of April, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE