IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cr-261-MEF |
| | ) | (WO) |
| RASHEEK MORRIS | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Continue Sentencing Hearing (Doc. #126) filed on August 20, 2008, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set in this case for August 25, 2008 is continued to November 4, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 21st day of August, 2008.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE