# UNITED STATES DISTRICT COURT
для
Middle District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Rasheek Morris | ) Case No: 3:07CR261–02-MEF |
| | ) USM No: 12332-002 |
| Date of Previous Judgment: 11/7/2008 | ) N/A |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

 X  DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:   31              Amended Offense Level:   _____
Criminal History Category:  I              Criminal History Category:  _____
Previous Guideline Range:  120 to 135 months    Amended Guideline Range: _____ to _____ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X  Other (explain):   Defendant is not eligible for a reduction based on the amended cocaine base guideline. He was sentenced according to the guidelines in effect on May 1, 2008, which incorporated the amended guideline.

## III. ADDITIONAL COMMENTS

**The Court has considered the factors set for in 18 U.S.C. 3553(a) in making its reduction determination pursuant to 18 U.S.C. § 3582(c)(2)/Amendment 706.**

Except as provided above, all provisions of the judgment dated  11/7/2008   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  5-7-10

Effective Date: _____
(if different from order date)

_____
Judge's signature

MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE
Printed name and title