IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cr-261-MEF |
| | ) | |
| TYRONE WATSON, *et al.* | ) | |

# **O R D E R**

Upon consideration of the government's Motion to Withdraw Counsel (Doc. #158) filed on April 8, 2011, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 12th day of April, 2011.

                                                  /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE