IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:07cr261-MHT |
| | ) | (WO) |
| RASHEEK MORRIS | ) | |

ORDER

Based on the representations made on the record on November 13, 2015, and because the projected release date for defendant should he receive the reduction is November 29, 2015, it is ORDERED as follows:

(1) The recommendation of the Retroactivity Screening Panel (doc. no. 192) is set for submission, without oral argument, on noon on November 24, 2015.

(2) The government is to file, by no later than noon on November 20, 2015, a brief stating its position on whether United States v. Glover, 686 F.3d 1203 (11th Cir. 2012), or Amendment 780, U.S.S.G. § 1B1.10(c), controls as to the eligibility of the defendant (who originally received a sentence below the applicable statutory mandatory minimum on the basis of a

government motion for a downward departure to reflect substantial assistance) for a further sentence reduction under 18 U.S.C. § 3582(c)(2).

(3) Defense counsel is to file a response by no later than noon on November 24, 2015.

DONE, this the 16th day of November, 2015.

                          /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**