# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No: _____ |
| | ) | USM No: _____ |
| Date of Original Judgment: _____ | ) | |
| Date of Previous Amended Judgment: _____ | ) | _____ |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ❒ the defendant   ❒ the Director of the Bureau of Prisons   ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ❒ DENIED.   ❒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

\* Both the original and amended sentences reflect a three-level departure for substantial assistance and include a consecutive sixty-month sentence on a separate firearms charge.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____       _____
                                                                                                       *Judge's signature*

Effective Date: _____       _____
*(if different from order date)*                                                          *Printed name and title*