IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:07cr261-MHT |
| | ) | (WO) |
| RASHEEK MORRIS | ) | |

ORDER

Upon consideration of the probation officer's petition for early termination of supervised release (doc. no. 221); the accompanying memorandum, which describes defendant Rasheek Morris's compliance with all terms of supervised release, his stable residence, and his lack of new arrests or warrants; and the government's support for this request, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Rasheek Morris's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 11th day of February, 2020.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE